MOHINDER P. CHADHA *v.* CHARLOTTE
HUNGERFORD HOSPITAL ET AL.

The defendants' petition for certification for appeal
from the Appellate Court, 77 Conn. App. 104 (AC 22395),
is granted, limited to the following issues:

"Did the Appellate Court properly conclude that: (1)
a denial of a motion for summary judgment, filed on
the basis of absolute immunity, is a final judgment for
purposes of appeal; and (2) the trial court properly
denied the defendants' motion for summary judgment?"

The Supreme Court docket number is SC 17029.

*Jeffrey R. Babbin,* in support of the petition.

*Mohinder P. Chadha,* pro se, in opposition.

Decided July 15, 2003

IN RE THOMAS J.

The respondent's petition for certification for appeal
from the Appellate Court, 77 Conn. App. 1 (AC 23301),
is denied.

*James J. Connolly,* supervisory assistant public
defender, in support of the petition.

*Stephen G. Vitelli,* assistant attorney general, in oppo-
sition.

Decided July 15, 2003